Michael Allan Peters, Esq. # 202784
**Law Firm of Michael A. Peters**
31371 Rancho Viejo Road
Suite 202
San Juan Capistrano, CA 92675
Tel: (949) 218-1040
Fax: (949) 218-1041

Attorneys for Defendant and Cross-Complainant CROWN ENGINEERING AND CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Ampersand, LLC,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Crown Engineering and Construction, Inc.,<br><br>                    Defendants. | Case No. 1:07-cv-01692-OWW-DLB<br><br>**STIPULATION AND ORDER** |
| CROWN ENGINEERING AND CONSTRUCTION, INC., a California corporation,<br><br>                    Cross-Complainants,<br><br>v.<br><br>GLOBAL AMPERSAND, LLC; and D.E. Shaw Synoptic Portfolios 3 LLC,<br><br>                    Cross-Defendants. | |

The parties hereto, by and through the undersigned, hereby stipulate and agree that the Scheduling Conference currently scheduled for Thursday, February 28, 2008 be moved to Thursday, March 6, 2008 at 8:15 a.m.

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: February 28, 2008 | LAW FIRM OF MICHAEL A. PETERS

2

3 | By: /s/ Michael A. Peters
4 | MICHAEL A. PETERS
  | Attorneys for Defendant and Cross-
5 | Complainant Crown Engineering and
  | Construction, Inc.

6 | Dated: February 28, 2008 | KIMBLE, MACMICHAEL & UPTON

7

8 | By: /s/ Amanda Jean Glenn
  | AMANDA JEAN GLENN
9 | Attorneys for Defendant and Cross-
  | Complainant Crown Engineering and
10 | Construction, Inc.

11

12

13 | Based on the above Stipulation, and GOOD CAUSE APPEARING,

14 | IT IS SO ORDERED.

15

16 | DATED: February 25, 2008
  | /s/ OLIVER W. WANGER
17 | United States District Court Judge

18

19 | F:\WPD\130\13153\982o5476.KMW.doc

20

21

22

23

24

25

26

27

28

2
STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com