David J. Weiland, Esq. #160447
Keith M. White, Esq. # 188536
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
kwhite@daklaw.com

Attorneys for Defendant and Counterclaim Plaintiff
CROWN ENGINEERING AND CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Ampersand, LLC,<br><br>           Plaintiffs,<br><br>vs.<br><br>Crown Engineering and Construction, Inc.,<br><br>           Defendants. | Case No. 1:07-cv-01692-OWW-DLB<br><br>**STIPULATED AMENDMENT TO SCHEDULING ORDER** |
| CROWN ENGINEERING AND CONSTRUCTION, INC., a California corporation,<br><br>           Cross-Complainants,<br><br>v.<br><br>GLOBAL AMPERSAND, LLC; and D.E. Shaw Synoptic Portfolios 3 LLC,<br><br>           Cross-Defendants. | |

Upon the joint request of the parties to amend the Scheduling Order previously entered in this case, and for good cause shown, it is ORDERED that the Scheduling Order is amended as follows:



STIPULATED AMENDMENT TO SCHEDULING ORDER

1.  Amendments to the pleadings shall occur on or before October 30, 2008.

2.  Disclosure of Expert Witnesses by the party with the burden of proof shall occur on or before November 26, 2008.

3.  Disclosure of Rebuttal or Supplemental Experts shall occur on or before January 26, 2009.

4.  The parties shall complete all discovery by February 26, 2009.

5.  The deadline for filing non-dispositive pretrial motions shall be March 16, 2009.

6.  The deadline for filing dispositive motions shall be April 1, 2009.

7.  All other dates shall remain as currently scheduled unless agreed upon by the parties and the Court.

**IT IS SO ORDERED.**

Date: October 3, 2008                              /s/ OLIVER W. WANGER
                                                  UNITED STATES DISTRICT JUDGE

F:\wdocs\maindocs\13153\000\00202862.DOC

