1  David J. Weiland, Esq. #160447
   Keith M. White, Esq. # 188536
2  **DOWLING, AARON & KEELER, INC.**
   8080 North Palm Avenue, Third Floor
3  P.O. Box 28902
   Fresno, California 93729-8902
4  Tel: (559) 432-4500 / Fax: (559) 432-4590
   kwhite@daklaw.com
5
   Attorneys for Defendant and Cross-Complainant CROWN ENGINEERING AND
6  CONSTRUCTION, INC.

7

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| Global Ampersand, LLC,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Crown Engineering and Construction, Inc.,<br><br>　　　　　　Defendants. | Case No. 1:07-cv-01692-OWW-DLB<br><br>**STIPULATION AND ORDER** |
| CROWN ENGINEERING AND CONSTRUCTION, INC., a California corporation,<br><br>　　　　　　Cross-Complainants,<br><br>v.<br><br>GLOBAL AMPERSAND, LLC; and D.E. Shaw Synoptic Portfolios 3 LLC,<br><br>　　　　　　Cross-Defendants. | |

25       Upon the joint request of the parties to amend the Scheduling Order previously

26  entered in this case, and for good cause shown, it is ORDERED that the Scheduling Order is

27  amended as follows:

28  ///

STIPULATION AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1. Amendments to the pleadings shall occur on or before January 15, 2009;
2. Disclosure of Expert Witnesses by the party with the burden of proof shall occur on or before February 4, 2009;
3. Disclosure of Rebuttal or Supplemental Experts shall occur on or before February 25, 2009;
4. The parties shall complete all discovery by March 20, 2009;
5. All other dates shall remain as currently scheduled unless agreed upon by the parties and the Court.

Dated: January 5, 2009                              DOWLING, AARON & KEELER

                                                    By: /s/Keith M. White
                                                    Attorneys for Crown Engineering and
                                                    Construction, Inc.

Dated: January 5, 2009                              KIMBLE, MACMICHAEL & UPTON

                                                    By:/s/Amanda Glenn Hebesha
                                                    Attorneys for Global Ampersand, LLC and
                                                    D.E. Shaw Synoptic Portfolios 3, LLC

Based on the above Stipulation, and GOOD CAUSE APPEARING,

IT IS SO ORDERED.

DATED:  January 6, 2009
                                                    /s/ OLIVER W. WANGER
                                                    United States District Court Judge

F:\wdocs\maindocs\13153\001\00241222.DOC

PDF created with pdfFactory trial version www.pdffactory.com