Case 1:07-cv-01692-OWW-GSA   Document 39   Filed 06/15/09   Page 1 of 3

| | |
|---|---|
| 1 | David J. Weiland, Esq. #160447 |
| | Keith M. White, Esq. # 188536 |
| 2 | **DOWLING, AARON & KEELER, INC.** |
| | 8080 North Palm Avenue, Third Floor |
| 3 | P.O. Box 28902 |
| | Fresno, California 93729-8902 |
| 4 | Tel: (559) 432-4500 / Fax: (559) 432-4590 |
| | kwhite@daklaw.com |
| 5 | |
| | Attorneys for Crown Engineering and Construction, Inc. |
| 6 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | Global Ampersand, LLC, | Case No. 1:07-cv-01692-OWW-DLB |
| 13 | Plaintiffs, | **ORDER AFTER HEARING OF MOTION TO CONTINUE TRIAL/STIPULATION** |
| 14 | vs. | |
| 15 | Crown Engineering and Construction, Inc., | |
| 16 | Defendants. | |

On February 19, 2009, at 11:00 a.m., in Courtroom 3 of the above-entitled Court, the Honorable Oliver W. Wanger presiding, the Defendant Crown Engineering and Construction, Inc.'s Motion to Continue Trial came on for hearing. Keith M. White, Esq. of Dowling, Aaron & Keeler appeared on behalf of Defendants Crown Engineering, John Lynch of Troutman Sanders LLP (Virginia) appeared telephonically on behalf of Plaintiffs.

On the basis of the arguments and evidence submitted by the parties, and good cause appearing therefore, the Court ORDERED that the scheduling conference order be amended.

Since the hearing on the Motion, the Parties, by and through counsel, have agreed and stipulated to the following amendment to the scheduling conference order:

1. Discovery cutoff: July 20, 2009;



---

ORDER AFTER HEARING OF MOTION TO CONTINUE TRIAL

2. Non-Dispositive/Dispositive Motion Filing Deadline:  July 31, 2009;

3. Expert Disclosures:  July 31, 2009;

4. Rebuttal Expert Disclosures:  August 12, 2009;

5. Expert Discovery Cutoff:  September 4, 2009;

6. Pretrial Conference: September 14, 2009 at 11:00 a.m. in Courtroom 3 [if this date is available to the Court];

7. Jury Trial: October 14, 2009 at 9:00 a.m. before Judge Oliver W. Wanger in Courtroom 3.

8. Crown Engineering and Construction requests the Court set a mandatory settlement conference.  Given the previous unsuccessful mediation, Global believes another settlement conference should not be considered until the conclusion of all discovery.

Dated:  May 19, 2009                    DOWLING, AARON & KEELER, INC.


By:  /s/Keith M. White_____
     KEITH M. WHITE
     Attorneys for Defendant
     CROWN ENGINEERING AND
     CONSTRUCTION, INC.

Dated:   May 19, 2009                   TROUTMAN SANDERS LLP


By:  /s/John C. Lynch_____
     JOHN C. LYNCH
     Attorneys for Global Ampersand, LLC

ORDER

Based on the prior order of the Court and the aforementioned stipulation of the parties, IT IS HEREBY ORDERED that the scheduling order be amended as follows:

1. Discovery cutoff:  July 20, 2009;

2. Non-Dispositive/Dispositive Motion Filing Deadline:  July 31, 2009;



3. Expert Disclosures:  July 31, 2009;

4. Rebuttal Expert Disclosures:  August 12, 2009;

5. Expert Discovery Cutoff:  September 4, 2009;

6. Pretrial Conference: August 31 , 2009 at 11:00 a.m. in Courtroom 3;

7. Jury Trial: October 14, 2009 at 9:00 a.m. before Judge Oliver W. Wanger in Courtroom 3.

8. Mandatory Settlement Conference August 6, 2009 at 10:00 a.m. in Courtroom 9.

Dated:  6/12/2009         /s/ OLIVER W. WANGER
                          Oliver W. Wanger
                          Judge of the United States District Court

383116v1

