

1  MICHAEL J. JURKOVICH # 148895
   AMANDA G. HEBESHA # 234214
2  KIMBLE, MacMICHAEL & UPTON
   A Professional Corporation
3  5260 North Palm, Suite 221
   Post Office Box 9489
4  Fresno, CA  93792-9489
   Telephone:  (559) 435-5500
5  Facsimile:   (559) 435-1500

6  John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
   Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
7  Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
   TROUTMAN SANDERS LLP
8  222 Central Park Avenue, Suite 2000
   Virginia Beach, Virginia 23462
9  Telephone:  (757) 687-7788
   Facsimile:  (757) 687-1551
10
   Attorneys for Plaintiff and Counter Defendant
11 GLOBAL AMPERSAND, LLC and Third-Party
   Defendant D.E. SHAW SYNOPTIC PORTFOLIOS 3 LLC
12
                **UNITED STATES DISTRICT COURT**
13
                **EASTERN DISTRICT OF CALIFORNIA**
14
                      **FRESNO DIVISION**
15
                          * * *
16
   GLOBAL AMPERSAND, LLC,          )    Case No.:  1:07-CV-01692-OWW-GSA
17                                  )
              Plaintiff,           )
18                                  )    **STIPULATED AMENDMENT TO**
         vs.                        )    **SCHEDULING ORDER**
19                                  )
   CROWN ENGINEERING AND            )
20 CONSTRUCTION, INC.,              )
                                    )
21            Defendant.           )
                                    )
22                                  )
                                    )
23                                  )
   AND RELATED CROSS-CLAIM.         )
24                                  )

25

26 ///

27 ///

   LAW OFFICES
Kimble, MacMichael
   & Upton        28 ///
PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
   SUITE  221
                                    1
  P. O. Box 9489
Fresno, CA 93792-9489         **Stipulated Amendment To Scheduling Order**

PDF created with pdfFactory trial version www.pdffactory.com

1

## STIPULATED AMENDMENT TO SCHEDULING ORDER

2      Upon the joint request of the parties to amend the Scheduling Order previously entered in

3  this case, and for good cause shown, it is ORDERED that the Scheduling Order is amended as

4  follows:

5      1.      The parties are permitted to conduct depositions of non-expert individuals after the

6  current discovery cut-off of July 20, 2009, which depositions of non-experts are to conclude on or

7  before August 31, 2009.

8      2.      All other dates shall remain as currently scheduled unless agreed upon by the

9  parties and the Court.

10      **IT IS SO ORDERED AS STIPULATED THROUGH COUNSEL OF RECORD.**

11      ENTERED July 16, 2009.

12                                         /s/ OLIVER W. WANGER___
                                         UNITED STATES DISTRICT JUDGE

13

14  **WE ASK FOR THIS:**

15      /s/ John C. Lynch
16  John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
    Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
17  Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
    TROUTMAN SANDERS LLP
18  222 CENTRAL PARK AVENUE, SUITE 2000
    VIRGINIA BEACH, VIRGINIA 23462
19  Telephone:  (757) 687-7788
    Facsimile:  (757) 687-1551)
20  john.lynch@troutmansanders.com

21  Michael J. Jurkovich, Esq. (Cal. Bar # 148895)
    Amanda J. Glenn, Esq. (Cal. Bar  # 234214)
22  KIMBLE, MacMICHAEL & UPTON
    A Professional Corporation
23  5260 North Palm, Suite 221
    Post Office Box 9489
24  Fresno, California  93792-9489
    Telephone: (559) 435-5500
25  Facsimile:  (559) 435-1500

26  ///

27  ///

28  /// [continued...]

LAW OFFICES
Kimble, MacMichael
& Upton
PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2

**Stipulated Amendment To Scheduling Order**

PDF created with pdfFactory trial version www.pdffactory.com

1          /s/ Keith M. White

2    Keith M White, Esq.
     Dowling Aaron and Keeler
3    8080 North Palm Avenue, 3rd Floor
     P.O. Box 28902
4    Fresno, CA 93729-8902
     559-432-5400
5    Email: kwhite@daklaw.com

6    Michael A. Peters, Esq.
     Law Firm of Michael A. Peters
7    31371 Rancho Viejo Rd., Suite 202
     San Juan Capistrano, CA 92675
8    949-218-1040
     Fax: 949-218-1041
9    Email: mapeters@mapeterslaw.com

10
     11376.01 - 00074091.000
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
Kimble, MacMichael
& Upton
PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

3

**Stipulated Amendment To Scheduling Order**

PDF created with pdfFactory trial version www.pdffactory.com