MICHAEL J. JURKOVICH # 148895
AMANDA G. HEBESHA # 234214
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, CA  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7788
Facsimile:  (757) 687-1551)

Attorneys for Plaintiff and Counter Defendant
GLOBAL AMPERSAND, LLC and Third-Party
Defendant D.E. SHAW SYNOPTIC PORTFOLIOS 3 LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

\* \* \*

| | |
|---|---|
| GLOBAL AMPERSAND, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>CROWN ENGINEERING AND CONSTRUCTION, INC.,<br><br>          Defendant.<br><br><br>AND RELATED CROSS-CLAIM. | Case No.: 1:07-CV-01692-OWW-GSA<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL**<br><br>Date: July 31, 2009<br>Time: 9:00 A.M.<br>Courtroom: 3<br>Judge: Oliver W. Wanger |

///

///

///

1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the Motion to Compel filed by Global Ampersand, LLC currently on file with this court but without a scheduled hearing date be heard on shortened time. The hearing on the matter shall be on Friday, July 31, 2009 at 9:00 a.m. PST in Courtroom 3. Service of the motion and any supporting documents shall be made on all the parties by Global on or before July 28, 2009.

IT IS FURTHER ORDERED that any opposition to the Motion should be served and filed by July 30, 2009.

Dated: 7/28/2009              /s/ OLIVER W. WANGER
                              Oliver W. Wanger
                              Judge of the United States District Court

1137601.00076134.000.doc
386720v1

PDF created with pdfFactory trial version www.pdffactory.com