LAW FIRM OF MICHAEL A. PETERS, APC
31371 Rancho Viejo Road. Suite 202
San Juan Capistrano, CA 92675-1849
Telephone:  (949) 218-1040
Facsimile:   (949) 218-1041


BY:    MICHAEL A. PETERS, Bar No. 202784

Attorneys for Defendant
CROWN ENGINEERING AND CONSTRUCTION, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL AMPERSAND, LLC, | Case No. 1:07-cv-01692-OWW-DLB |
| Plaintiffs, | |
| vs. | **ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW** |
| CROWN ENGINEERING AND CONSTRUCTION, INC., | **Date:  July 24, 2009** |
| Defendants. | **Time:  12:00 pm**<br>**Courtroom: 3**<br>**Judge: Oliver W. Wanger** |
| AND RELATED CROSS-CLAIM. | |

The Law Firm of Michael A. Peters, APC's Motion to Withdraw as counsel of record for Defendant and Counterclaimant Crown Engineering and Construction, Inc. ("Crown") came on for hearing before this Court on Friday, July 24, 2009, at 9:00 a.m. in Courtroom 3 of the above-referenced Court.  Plaintiff appeared with counsel of record.  Michael A. Peters, appeared on behalf of the Law Firm of Michael A. Peters, APC.  Ted Tripp, President of Crown, appeared on behalf of Defendant. The court finds that notice has been given as required by law.

Good cause appearing therefore;

IT IS ORDERED that Michael A. Peters of the Law Firm of Michael A. Peters, APC, may

LAW FIRM OF MICHAEL A. PETERS, APC

31371 RANCHO VIEJO ROAD, SUITE 202
SAN JUAN CAPISTRANO, CALIFORNIA 92675-1849

LAW FIRM OF MICHAEL A. PETERS, APC

31371 RANCHO VIEJO ROAD, SUITE 202
SAN JUAN CAPISTRANO, CALIFORNIA 92675-1849

1   withdraw as attorney for Crown, defendant and counterclaimant in this action, conditionally upon

2   appearance by new counsel for Crown and upon his continued representation of Crown during

3   currently scheduled depositions.

4       The last known address and telephone number of Crown, for the purpose of service of

5   notices and papers, is 5151 Golden Foothill Parkway, Suite 100, El Dorado Hills, CA 95762; 916-

6   939-8980.

7       Crown is informed that failure to take appropriate action in response to this order may

8   result in serious legal consequences, and that obtaining legal assistance may be advisable.  Crown

9   is further informed that it may participate in this action only through an attorney, that it retains all

10  the obligations of a litigant, and that failure to appoint an attorney may lead to an order striking its

11  pleadings or to entry of its default.

12      The trial in this action or proceeding is scheduled for October 14, 2009 at 9:00 a.m. in

13  Courtroom 3 of the above-referenced court.

14      Client is hereby notified of the following effects this order may have upon parties:

15  **NOTICE TO CLIENT:**

16  **Your present attorney will no longer be representing you.  You may not in most cases**

17  **represent yourself if you are one of the parties on the following list:**

18      • **A guardian;**

19      • **A conservator;**

20      • **A trustee;**

21      • **A personal representative;**

22      • **A probate fiduciary;**

23      • **A corporation;**

24      • **A guardian ad litem;**

25      • **An unincorporated association**

26      **If you are one of these parties, YOU SHOULD IMMEDIATELY SEEK LEGAL**

27  **ADVICE REGARDING LEGAL REPRESENTATION.  Failure to retain an attorney may**

28  **lead to an order striking the pleadings or to the entry of a default judgment.**

2

1        **Client is notified that, if the client will be representing himself or herself, the client**

2    **shall be solely responsible for the case**.

3        **NOTICE TO CLIENT WHO WILL BE UNREPRESENTED:**

4        **You will not have an attorney representing you.  You may wish to seek legal**

5    **assistance.  If you do not have a new attorney to represent you in this action or proceeding,**

6    **and you are legally permitted to do so, you will be representing yourself.  It will be your**

7    **responsibility to comply wit all court rules and applicable laws.  If you fail to do so, or fail to**

8    **appear at hearings, action may be taken against you.  You may lose the case.**

9        **The court needs to know how to contact you.  If you do not keep the court and other**

10   **parties informed of your current address and telephone number, they will not be able to send**

11   **you notices of actions that may affect you, including actions that may adversely affect your**

12   **interests or result in your losing the case.**

13       **IT IS SO ORDERED.**

14

15   Dated:  7/31/2009             /s/ OLIVER W. WANGER

16                                              OLIVER W. WANGER

17                                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

LAW FIRM OF MICHAEL A. PETERS, APC

3371 RANCHO VIEJO ROAD, SUITE 202
SAN JUAN CAPISTRANO, CALIFORNIA 92675-1849