# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL AMPERSAND, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>CROWN ENGINEERING AND<br>CONSTRUCTION, INC.,<br><br>            Defendant.<br>_____<br>AND RELATED CROSS-CLAIM<br>_____ | 1:07-cv-01692 OWW GSA<br><br>ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL<br><br>(Document 72) |

     The Court has considered Plaintiff Global Ampersand LLC's Ex Parte Application for Order Shortening Time to Hear Motion to Compel, filed on July 30, 2009.

     Based on the papers on file, the Court hereby GRANTS the ex parte application shortening time.  A hearing on the Motion to Compel shall be held on Friday, August 21, 2009, at 10:00 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin.

//
//
//
//

Any opposition to the motion to compel must be filed on or before August 17, 2009; any reply thereto must be filed on or before August 19, 2009.

IT IS SO ORDERED.

**Dated:   August 12, 2009**                        **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE