# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL AMPERSAND, LLC, | 1:07-cv-01692 OWW GSA |
| Plaintiff, | |
| v. | ORDER RE: MOTION TO COMPEL HEARING |
| CROWN ENGINEERING AND CONSTRUCTION, INC., | |
| Defendants. | |
| AND RELATED CROSS-CLAIM. | |

On August 21, 2009, a hearing regarding Plaintiff's, Global Ampersand, LLC ("Plaintiff") Motion to Compel was held. Ethan Ostroff appeared telephonically and Amanda Hebesha appeared personally on behalf of Plaintiff. Michael Peters appeared on behalf of Crown Engineering and Construction ("Defendant").

Another hearing regarding Plaintiff's Motion to Compel will be heard on **Friday, September 4, 2009, at 10:30 am.** No later than **Wednesday, August 26, 2009**, that parties shall file a joint statement pursuant to Local Rule 37-251. In the joint statement, Plaintiff needs to

1  clearly articulate the relief it is seeking and Defendants shall respond to each request.
2  Specifically, Plaintiff shall clearly identify the type and the amount of monetary sanctions that it
3  is seeking and supply the court with appropriate evidence or declarations in support of each
4  request.  Each request must be clearly outlined and supported by specific facts and law.  The joint
5  statement shall contain any opposition or reply.  Any non-opposition to the motion must also be
6  contained in the joint statement.
7        Plaintiff shall also file a proposed order which specifically outlines the relief it is seeking
8  and e-mail a copy of this order in word perfect or word format to this chamber's mailbox at
9  gsaorders@caed.uscourts.gov.
10       The parties are advised that failure to comply with this order may result in the granting of
11 the motion in full or additional sanctions.

13       IT IS SO ORDERED.
14       Dated:   **August 24, 2009**              **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

2