FILED
AUG 2 4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

MICHAEL J. JURKOVICH # 148895
AMANDA G. HEBESHA # 234214
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, CA  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
Jeffrey H. Gray (VSB No. 22304) (admitted pro hac vice)
Ethan G. Ostroff (VSB No. 71610) (admitted pro hac vice)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7788
Facsimile:  (757) 687-1551

Attorneys for Plaintiff and Counter Defendant
GLOBAL AMPERSAND, LLC and Third-Party
Defendant D.E. SHAW SYNOPTIC PORTFOLIOS 3 LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

* * *

| | |
|---|---|
| GLOBAL AMPERSAND, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CROWN ENGINEERING AND CONSTRUCTION, INC.,<br><br>Defendant.<br><br>AND RELATED CROSS-CLAIM. | Case No.: 1:07-CV-01692-OWW-GSA<br><br>[PROPOSED] ORDER GRANTING GLOBAL AMPERSAND, LLC'S MOTION TO COMPEL<br><br>Date: July 31, 2009<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Oliver W. Wanger |

///

///

///

---
1
[Proposed] Order Granting Global Ampersand, LLC's Motion to Compel

# ORDER

On July 31, 2009, this matter came on for hearing regarding the Motion to Compel and for Sanctions filed on behalf of Plaintiff and Counterclaim Defendant Global Ampersand, LLC ("Global") for an order compelling Crown Engineering and Construction, Inc. ("Crown") to provide further responses Global's First Set of Interrogatories, with specific reference to Crown's Answers to Interrogatories 3, 4, 5, 6, 7, 8, and 9, as well as further responses to Global's First Set of Requests for Production of Documents, with specific reference to producing electronically-stored information, the Honorable Oliver W. Wanger presiding. Michael Allen Peters appeared for Crown. Jeffrey H. Gray, Troutman Sanders LLP, and Amanda G. Hebesha of Kimble, MacMichael & Upton, appeared for Global.

After considering the moving papers and other evidence submitted, hearing the argument of counsel, and for good cause shown;

IT IS HEREBY ORDERED that Global's Motion to Compel is GRANTED and Crown shall provide further responses, as detailed below, along with the proper verifications, within ten (10) days from the date of entry of this order:

- Mr. Tripp shall in his deposition provide complete and comprehensive knowledge as to the existence, the location, the composition, the storage mechanism, the location of hard copies and the identification of any electronic means of data storage or retention that exist in relation to the job in dispute; and

- Mr. Tripp shall in his deposition provide all knowledge that he has about the present existence of any record that pertains to this job, whether it is electronic, whether it is hard copy, whether it is in some other form; and

- Crown shall provide an affirmative confirmation as to what exists and what has either been destroyed or cannot be found so that Global can have an identified universe of information that it can rely on in getting ready for the trial of this case; and

- Global shall have the right to have a forensic expert look at and conduct a full and complete inspection of Crown's server(s) and/or computer system(s); and

- Crown shall provide Global with the name of Crown's computer services vendor, and instruct said vendor to cooperate fully with Global or its designated agent(s), including but not limited to providing answers to questions concerning how information is stored and/or deleted on Crown's server(s) and/or computer system(s), including changes if any that have occurred to the system(s) and/or server(s); and

- To the extent they have provided interrogatory answers referring solely to documents without further objection, and have therefore failed to provide a substantive response to any Interrogatories, Crown and Global shall provide full and complete substantive responses. Crown shall provide supplemental interrogatory answers for each and every interrogatory where its previous answer only referred to documents and shall actually provide a substantive response that has words that are responsive to the question, including Crown's Answers to Interrogatories 3, 4, 5, 6, 7, 8, and 9.

IT IS FURTHER ORDERED that Global's motion for sanctions is DEFERRED at this time without prejudice.

**IT IS SO ORDERED.**
Dated: __8-21-__, 2009

_____
Oliver W. Wanger
Judge of the United States District Court

[Proposed] Order Granting Global Ampersand, LLC's Motion to Compel

1  **WE ASK FOR THIS:**

2       /s/ John C. Lynch

3  John C. Lynch, Esq. (VSB No. 39267) (admitted *pro hac vice*)
4  Jeffrey H. Gray (VSB No. 22304) (admitted *pro hac vice*)
   Ethan G. Ostroff (VSB No. 71610) (admitted *pro hac vice*)
5  TROUTMAN SANDERS LLP
   222 CENTRAL PARK AVENUE, SUITE 2000
6  VIRGINIA BEACH, VIRGINIA 23462
   Telephone:  (757) 687-7788
7  Facsimile:  (757) 687-1551
8  john.lynch@troutmansanders.com
   jeffrey.gray@troutmansanders.com
9  ethan.ostroff@troutmansanders.com

10 Michael J. Jurkovich, Esq. (Cal. Bar # 148895)
   Amanda J. Glenn, Esq. (Cal. Bar # 234214)
11 KIMBLE, MacMICHAEL & UPTON
   A Professional Corporation
12 5260 North Palm, Suite 221
13 Post Office Box 9489
   Fresno, California 93792-9489
14 Telephone:  (559) 435-5500
   Facsimile:   (559) 435-1500
15

16 **SEEN AND AGREED:**

17      /s/ Michael A. Peters
   Michael A. Peters, Esq.
18 Law Firm of Michael A. Peters
   31371 Rancho Viejo Rd., Suite 202
19 San Juan Capistrano, CA 92675
20 949-218-1040
   Fax: 949-218-1041
21 Email: mapeters@mapeterslaw.com

22

23

24

25

26 11376.01-00083461.000

27 387399v1

28

4

[Proposed] Order Granting Global Ampersand, LLC's Motion to Compel