MICHAEL J. JURKOVICH # 148895
AMANDA G. HEBESHA # 234214
G. ANDREW SLATER #238126
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, CA  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7788
Facsimile:  (757) 687-1551)

Attorneys for Plaintiff and Counter Defendant
GLOBAL AMPERSAND, LLC and Third-Party
Defendant D.E. SHAW SYNOPTIC PORTFOLIOS 3 LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

* * *

| | |
|---|---|
| GLOBAL AMPERSAND, LLC,<br><br>         Plaintiff,<br><br>    vs.<br><br>CROWN ENGINEERING AND CONSTRUCTION, INC.,<br><br>         Defendant.<br><br>AND RELATED CROSS-CLAIM. | Case No.:  1:07-CV-01692-OWW-GSA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL STATEMENT**<br><br>**Pretrial Conf.:  September 22, 2009**<br>**Time: 11:00 a.m.**<br>**Courtroom: 3**<br>**Judge:  Oliver W. Wanger** |

///

///

---

1

**Stipulation And [Proposed] Order To Extend Deadline To File Pretrial Statement**

1  Plaintiff and Counterclaim Defendant Global Ampersand, LLC and Counterclaim
2  Defendant D.E. Shaw Synoptic Portfolios 3, LLC, and Defendant and Counterclaimant Crown
3  Engineering and Construction, Inc. hereby stipulate and agree as follows:

4  WHEREAS, September 15, 2009, is currently the date by which all parties hereto,
5  respectively, must file and serve their respective pretrial statement or, in the alternative,
6  collectively submit a joint pretrial statement;

7  WHEREAS, To permit the parties additional time to meet and confer, the parties hereto
8  now desire to extend the date by which all parties hereto, respectively, must file and serve their
9  respective pretrial statement or, in the alternative, collectively submit a joint pretrial statement to
10 September 18, 2009;

11 NOW, THEREFORE, the parties stipulate and agree as follows, and that the court may
12 issue an order in the form which follows:

13 1. This court may extend the date by which all parties hereto, respectively, must file
14 and serve their respective pretrial statement or, in the alternative, collectively submit a joint
15 pretrial statement from September 15, 2009 to September 18, 2009.

**IT IS SO STIPULATED:**

Dated: September 11, 2009.        KIMBLE, MacMICHAEL & UPTON
                                  A Professional Corporation

                                          */s/ G. Andrew Slater*
                                  By:_____
                                       G. ANDREW SLATER
                                       Attorneys for Plaintiff and Counter
                                       Defendant GLOBAL AMPERSAND LLC
                                       and Third Party Defendant D. E. SHAW
                                       SYNOPTIC PORTFOLIOS 3, LLC

Dated: September 11, 2009.        LAW FIRM OF MICHAEL A. PETERS, APC

                                          */s/ Michael A. Peters*
                                  By:_____
                                       MICHAEL A. PETERS
                                       Attorneys for Defendant and
                                       Counter Claimant
                                       CROWN ENGINEERING AND
                                       CONSTRUCTION, INC.

_____
2
**Stipulation And [Proposed] Order To Extend Deadline To File Pretrial Statement**

*[Order continued…]*

## ORDER

IT IS ORDERED that the date by which all parties hereto, respectively, must file and serve their respective pretrial statement or, in the alternative, collectively submit a joint pretrial statement be extended from September 15, 2009 to September 18, 2009.

Dated:  September 11, 2009.          /s/ OLIVER W. WANGER
                                                        OLIVER W. WANGER
                                                        Judge of the United States District Court

11376.01 - 00089964.000