1  MICHAEL J. JURKOVICH #148895
   AMANDA G. HEBESHA # 234214
2  KIMBLE, MacMICHAEL & UPTON
   A Professional Corporation
3  5260 North Palm, Suite 221
   Post Office Box 9489
4  Fresno, CA  93792-9489
   Telephone:  (559) 435-5500
5  Facsimile:   (559) 435-1500

6  John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
   Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
7  Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
   TROUTMAN SANDERS LLP
8  222 Central Park Avenue, Suite 2000
   Virginia Beach, Virginia 23462
9  Telephone:  (757) 687-7788
   Facsimile:  (757) 687-1551
10
   Attorneys for Plaintiff and Counter Defendant
11 GLOBAL AMPERSAND, LLC and Third-Party
   Defendant D.E. SHAW SYNOPTIC PORTFOLIOS 3 LLC
12

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

* * *

| | |
|---|---|
| GLOBAL AMPERSAND, LLC, | Case No.:  1:07-CV-01692-OWW-GSA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO:** <br> 1) **CONVERT PRE TRIAL CONFERENCE TO STATUS CONFERENCE;** <br> 2) **PERMIT LATER FILING OF JOINT PRE TRIAL STATEMENTS** |
| CROWN ENGINEERING AND CONSTRUCTION, INC., | |
| Defendant. | |
| | Date:  Sept. 21, 2009 (Pre-Trial Conf.) <br> Time:  11:00 a.m. <br> Courtroom: 3 <br> Judge:  Oliver W. Wanger |
| AND RELATED CROSS-CLAIM. | |

1
**Stipulation and Order To: 1)Convert Pre Trial Conference To Status Conference;
2) Permit Later Filing Of Joint Pre Trial Statements**

PDF created with pdfFactory trial version www.pdffactory.com

1    Plaintiff and Counterclaim Defendant Global Ampersand, LLC ("Global") and
2 Counterclaim Defendant D.E. Shaw Synoptic Portfolios 3, LLC ("Shaw"), and Defendant and
3 Counterclaimant Crown Engineering and Construction, Inc. ("Crown") hereby stipulate and agree
4 as follows:

**RECITALS**

6    WHEREAS, the parties' Pre Trial Statements are due to be filed this Friday, September
7 18, 2009 (having been continued by prior stipulation and order from September 15, 2009);

8    WHEREAS, a Pre Trial Conference is scheduled to be heard before the Honorable Oliver
9 Wanger on Monday, September 21, 2009 at 11:00 a.m.;

10    WHEREAS, Trial is presently set for October 14, 2009;

11    WHEREAS, the parties to this Stipulation are continuing to discuss settlement of this
12 case;

13    WHEREAS, Counsel for Crown has informed Counsel for Global and Shaw that:

- Crown has represented it will not be participating in trial in this matter. Rather, it has engaged bankruptcy counsel and, if settlement can not be reached by no later than Monday, September 21, 2009, Crown will immediately file for bankruptcy protection.

18    WHEREAS, All Counsel recognize that if the above were to occur, then the Honorable
19 Oliver Wanger would spend his weekend reading Global and Shaw's Pre-Trial statement in
20 advance of Monday's Pre-Trial Conference, when all would be for naught as there will either be a
21 settlement or a bankruptcy filing by Crown by then.  Additionally, counsel for Global and Shaw
22 submit reaching a settlement of this case will be more difficult if Global and Shaw remain
23 required to file their Pre-Trial Statement this Friday [which they are prepared to do, if ordered],
24 and send their counsel from Virginia to the Pre-Trial Conference on Monday, in light of the
25 significant additional expenses related to these activities and the likelihood that nothing will be
26 accomplished.

27 ///

28

2

**Stipulation and Order To: 1)Convert Pre Trial Conference To Status Conference;
2) Permit Later Filing Of Joint Pre Trial Statements**

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, All Counsel felt it appropriate to advise the court of these developments in light of the potential impact on the court's schedule, the potential adverse impacts on settlement possibilities and request the Court consider issuing an Order, in the form below, adjusting certain dates in this matter.

NOW, THEREFORE, the parties stipulate and agree, and that the court may issue an order in the form which follows:

1. The parties' Pre-Trial Statements are now due on September 25, 2009;

2. The Pre-Trial Conference currently scheduled to take place on Monday, September 21, 2009, at 11:00 a.m. in Department 3, is hereby converted to a Status Conference.  Counsel are permitted to attend by phone, and shall coordinate the conference call.  Should this matter still be proceeding to trial as of the September 21, 2009, Status Conference, (meaning Crown has not yet filed for bankruptcy protection) a new Pre Trial Conference date will be set by the court at that time.

3. The trial date and all other calendar dates in this matter remain unchanged.

**IT IS SO STIPULATED:**

Dated:  September 16, 2009.          KIMBLE, MacMICHAEL & UPTON
                                     A Professional Corporation

                                     By:  */s/ Michael J. Jurkovich*
                                          MICHAEL J. JURKOVICH
                                          Attorneys for Plaintiff and Counter
                                          Defendant GLOBAL AMPERSAND LLC
                                          and Third Party Defendant D. E. SHAW
                                          SYNOPTIC PORTFOLIOS 3, LLC

Dated:  September 16, 2009.          LAW FIRM OF MICHAEL A. PETERS, APC

                                     By:  */s/ Michael A. Peters*
                                          MICHAEL A. PETERS
                                          Attorneys for Defendant and
                                          Counter Claimant
                                          CROWN ENGINEERING AND
                                          CONSTRUCTION, INC.

*[Signature continued…]*

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

1. The parties' Pre-Trial Statements are now due on September 25, 2009;

2. The Pre-Trial Conference currently scheduled to take place on Monday, September 21, 2009, at 11:00 a.m. in Department 3, is hereby converted to a Status Conference.  Counsel are permitted to attend by phone, and shall coordinate the conference call.  Should this matter still be proceeding to trial as of the September 21, 2009, Status Conference, (meaning Crown has not yet filed for bankruptcy protection) a new Pre Trial Conference date will be set by the court at that time.

3. The trial date and all other calendar dates in this matter remain unchanged.

Dated: September 17, 2009.                     /s/ OLIVER W. WANGER
                                               Oliver W. Wanger
                                               Judge of the United States District Court

11376.01-00091099.000-stip and order re pretrial conf and pre trial statement-rev 4

4

**Stipulation and Order To: 1)Convert Pre Trial Conference To Status Conference;
2) Permit Later Filing Of Joint Pre Trial Statements**

PDF created with pdfFactory trial version www.pdffactory.com