1  MICHAEL J. JURKOVICH #148895
   AMANDA G. HEBESHA # 234214
2  KIMBLE, MacMICHAEL & UPTON
   A Professional Corporation
3  5260 North Palm, Suite 221
   Post Office Box 9489
4  Fresno, CA  93792-9489
   Telephone:  (559) 435-5500
5  Facsimile:   (559) 435-1500

6  John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
   Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
7  Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
   TROUTMAN SANDERS LLP
8  222 Central Park Avenue, Suite 2000
   Virginia Beach, Virginia 23462
9  Telephone:  (757) 687-7788
   Facsimile:  (757) 687-1551)

10
   Attorneys for Plaintiff and Counter Defendant
11 GLOBAL AMPERSAND, LLC and Third-Party
   Defendant D.E. SHAW SYNOPTIC PORTFOLIOS 3 LLC
12
   MICHAEL A. PETERS #202784
13 LAW FIRM OF MICHAEL A. PETERS, APC
   31371 Rancho Viejo Road, Suite 202
14 San Juan Capistrano, CA  92675-1849
   Telephone: (949) 218-1040
15 Facsimile: (949) 218-1041

16 Attorneys for Defendant CROWN ENGINEERING
   AND CONSTRUCTION, INC.
17

...

27
   *CAPTION CONTINUED*
28
                                        1
   Stipulation and Order Regarding Motion by Global Ampersand, LLC and D. E. Shaw Synoptic Portfolios 3, LLC
   for Partial Summary Judgment on the Fourth and Fifth Causes of Action of Crown Engineering and
   Construction, Inc.'s Counterclaim

PDF created with pdfFactory trial version www.pdffactory.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

* * *

| | |
|---|---|
| GLOBAL AMPERSAND, LLC, | Case No.: 1:07-CV-01692-OWW-GSA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING MOTION BY GLOBAL AMPERSAND, LLC AND D. E. SHAW SYNOPTIC PORTFOLIOS 3, LLC FOR PARTIAL SUMMARY JUDGMENT ON THE FOURTH AND FIFTH CAUSES OF ACTION OF CROWN ENGINEERING AND CONSTRUCTION, INC.'S COUNTERCLAIM** |
| CROWN ENGINEERING AND CONSTRUCTION, INC., | |
| Defendant. | |
| | Date: September 10, 2009<br>Time: 9 a.m.<br>Courtroom: 3<br>Judge: Oliver W. Wanger |
| AND RELATED CROSS-CLAIM. | |

Plaintiff and Counterclaim Defendant Global Ampersand, LLC and Counterclaim Defendant D.E. Shaw Synoptic Portfolios 3, LLC, and Defendant and Counterclaimant Crown Engineering and Construction, Inc. hereby stipulate and agree as follows:

WHEREAS, on July 31, 2009, the motion by Global Ampersand, LLC and D.E. Shaw Synoptic Portfolios 3, LLC, for partial summary judgment on the fourth [Claim of Foreclosure of Mechanic's Lien] and fifth [Claim of Enforcement of Stop Notice] causes of action of defendant Crown Engineering and Construction, Inc's counterclaim was filed with this Court;

WHEREAS, on September 10, 2009, the subject motion was heard by the Court;

WHEREAS, during the hearing the Court granted the subject motion with respect to the fourth cause of action for foreclosure of mechanic's lien;

///

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Court reserved ruling on the fifth cause of action for enforcement of stop notice and requested supplemental briefing from Global Ampersand, LLC and D.E. Shaw Synoptic Portfolios 3, LLC, to be filed by September 15, 2009;

WHEREAS, subsequent to the hearing on the subject motion the parties conferred and Crown Engineering and Construction, Inc. has agreed to stipulate to the granting of the motion by Global Ampersand, LLC and D.E. Shaw Synoptic Portfolios 3, LLC, for partial summary judgment on the fifth cause of its counterclaim, namely, its Claim of Enforcement of Stop Notice, on the conditions set forth below;

NOW, THEREFORE, the parties stipulate and agree as follows, and that the court may issue an order in the form which follows:

1. This court may enter judgment in favor of moving parties Global Ampersand LLC and D.E. Shaw Synoptic Portfolios 3, LLC and against Crown Engineering and Construction, Inc., on the fifth cause of its counterclaim (Claim of Enforcement of Stop Notice); and

2. Each of the parties agree to waive costs as to the subject motion only.

**IT IS SO STIPULATED:**

Dated:  September 11, 2009.                KIMBLE, MacMICHAEL & UPTON
                                           A Professional Corporation

                                                */s/ Amanda G. Hebesha*
                                           By:_____
                                           AMANDA G. HEBESHA
                                           Attorneys for Plaintiff and Counter
                                           Defendant GLOBAL AMPERSAND LLC
                                           and Third Party Defendant D. E. SHAW
                                           SYNOPTIC PORTFOLIOS 3, LLC

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 11, 2009.                    LAW FIRM OF MICHAEL A. PETERS, APC

                                              */s/ Michael A. Peters*
                                       By:_____
                                              MICHAEL A. PETERS
                                              Attorneys for Defendant and
                                              Counter Claimant
                                              CROWN ENGINEERING AND
                                              CONSTRUCTION, INC.

### ORDER

IT IS ORDERED that the motion for partial summary judgment be and hereby is granted based upon Federal Rule of Civil Procedure 56 upon the grounds that the fourth and fifth causes of action have no merit, there are no triable issues of material facts, and Global Ampersand, LLC and D.E. Shaw Synoptic Portfolios 3, LLC, are entitled to judgment as a matter of law on those causes of action.

IT IS ORDERED that as a result of the Stipulation between the parties set forth above, the Court's request for supplemental briefing by Global Ampersand, LLC and D.E. Shaw Synoptic Portfolios 3, LLC, is no longer necessary.

IT IS ORDERED that each party will bear their own costs regarding the subject motion.

Dated: September 17, 2009.                     /s/ OLIVER W. WANGER
                                              Oliver W. Wanger
                                              Judge of the United States District Court

11376.01-00089965.000

---
4

Stipulation and Order Regarding Motion by Global Ampersand, LLC and D. E. Shaw Synoptic Portfolios 3, LLC for Partial Summary Judgment on the Fourth and Fifth Causes of Action of Crown Engineering and Construction, Inc.'s Counterclaim

PDF created with pdfFactory trial version www.pdffactory.com