1  MICHAEL J. JURKOVICH #148895
   AMANDA G. HEBESHA # 234214
2  KIMBLE, MacMICHAEL & UPTON
   A Professional Corporation
3  5260 North Palm, Suite 221
   Post Office Box 9489
4  Fresno, CA  93792-9489
   Telephone:  (559) 435-5500
5  Facsimile:   (559) 435-1500

6  John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
   Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
7  Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
   TROUTMAN SANDERS LLP
8  222 Central Park Avenue, Suite 2000
   Virginia Beach, Virginia 23462
9  Telephone:  (757) 687-7788
   Facsimile:  (757) 687-1551
10
   Attorneys for Plaintiff and Counter Defendant
11 GLOBAL AMPERSAND, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

* * *

| | |
|---|---|
| GLOBAL AMPERSAND, LLC, | Case No.:  1:07-CV-01692-OWW-GSA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO:** <br> 1) **CONVERT PRE TRIAL CONFERENCE TO STATUS CONFERENCE;** <br> 2) **PERMIT LATER FILING OF JOINT PRE TRIAL STATEMENTS** |
| CROWN ENGINEERING AND CONSTRUCTION, INC., | |
| Defendant. | |
| | Date:  October 5, 2009 (Pre-Trial Conf.) <br> Time:  11:00 a.m. <br> Courtroom: 3 <br> Judge:  Oliver W. Wanger |
| AND RELATED CROSS-CLAIM. | |

1

**Stipulation and Order To: 1) Convert Pre Trial Conference To Status Conference;
2) Permit Later Filing Of Joint Pre Trial Statements**

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff and Counterclaim Defendant Global Ampersand, LLC ("Global"), and Defendant and Counterclaimant Crown Engineering and Construction, Inc. ("Crown") hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, the parties' Joint Pre Trial Statement(s) are due to be filed today;

WHEREAS, a Pre Trial Conference is scheduled to be heard before the Honorable Oliver Wanger on Monday, October 5, 2009 at 11:00 a.m.;

WHEREAS, Trial is presently set for October 14, 2009;

WHEREAS, Counsel for Crown has informed Counsel for Global that Crown will not be attending the trial in this matter, but will be filing for bankruptcy protection in advance of the trial if the matter is not otherwise settled.  The parties to this Stipulation in fact hope to have this matter settled prior to the Pre Trial Conference (and are optimistic they will be in a position to file a Notice of Settlement with the court before then);

NOW, THEREFORE, the parties stipulate and agree, in recognition of the court's already full calendar, that the court may issue an order in the form which follows:

1. The parties' Pre-Trial Statements are no longer due October 2, 2009;

2. The Pre-Trial Conference currently scheduled to take place on Monday, October 5, 2009, at 11:00 a.m. in Department 3, is hereby converted to a Status Conference.  Counsel are permitted to attend by phone, and shall coordinate the conference call.  Should this matter not have settled by the October 5, 2009, Status Conference, a new date will then be set for the submission of Pre Trial Statements and a new date will be set for the Pre Trial Conference.

3. The trial date and all other calendar dates in this matter remain unchanged.

**IT IS SO STIPULATED:**

Dated: October 2, 2009.                KIMBLE, MacMICHAEL & UPTON
                                       A Professional Corporation

                                       By: _*/s/ Michael J. Jurkovich*_____
                                           MICHAEL J. JURKOVICH
                                           Attorneys for Plaintiff and Counter
                                           Defendant GLOBAL AMPERSAND LLC

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  October 2, 2009.                         LAW FIRM OF MICHAEL A. PETERS, APC

By:  */s/ Michael A. Peters*
    MICHAEL A. PETERS
    Attorneys for Defendant and
    Counter Claimant
    CROWN ENGINEERING AND
    CONSTRUCTION, INC.

### ORDER

1.    The parties' Pre-Trial Statements are no longer due October 2, 2009;

2.    The Pre-Trial Conference currently scheduled to take place on Monday, October 5, 2009, at 11:00 a.m. in Department 3, is hereby converted to a Status Conference.  Counsel are permitted to attend by phone, and shall coordinate the conference call.  Should this matter not have settled by the October 5, 2009, Status Conference, a new date will then be set for the submission of Pre Trial Statements and a new date will be set for the Pre Trial Conference.

3.    The trial date and all other calendar dates in this matter remain unchanged.

Dated:  October 2, 2009.                         /s/ OLIVER W. WANGER
    Oliver W. Wanger
    Judge of the United States District Court

11376.01-00095486.000-stip and order re pretrial conf and pre trial statement- 10-02-09

3

**Stipulation and Order To: 1) Convert Pre Trial Conference To Status Conference;
2) Permit Later Filing Of Joint Pre Trial Statements**

PDF created with pdfFactory trial version www.pdffactory.com