MICHAEL J. JURKOVICH #148895
AMANDA G. HEBESHA # 234214
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, CA  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7788
Facsimile:   (757) 687-1551)

Attorneys for Plaintiff and Counter Defendant
GLOBAL AMPERSAND, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

* * *

| | |
|---|---|
| GLOBAL AMPERSAND, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CROWN ENGINEERING AND CONSTRUCTION, INC.,<br><br>    Defendant.<br><br>AND RELATED CROSS-CLAIM. | Case No.: 1:07-CV-01692-OWW-GSA<br><br>**ORDER AFTER STATUS CONFERENCE**<br><br>Date:  October 5, 2009 (Status Conf.)<br>Time:  11:00 a.m.<br>Courtroom: 3<br>Judge:  Oliver W. Wanger<br>[Trial Date:  October 14, 2009] |

1

**Order After Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com

|||
|---|---|
|1|A Status Conference was heard in this matter on October 5, 2009, on the 11:00 a.m.|
|2|calendar, before the Honorable Oliver Wanger, Judge.  Michael J. Jurkovich appeared in person|
|3|for Plaintiff Global Ampersand, LLC.   Ethan Ostroff appeared via telephone for Plaintiff Global|
|4|Ampersand, LLC.   Michael Peters appeared via telephone for Defendant Crown Engineering and|
|5|Construction, Inc.|

Counsel advised the court that there were a few matters which still needed to be done, but that they hoped to be able to have a Joint Notice of Settlement on file by close of business on Wednesday, October 7th, 2009.

Whereon, the court ORDERED from the bench that either a Notice of Settlement be filed by close of business on October 7, 2009, or this matter shall proceed to trial, as scheduled, on October 14, 2009.

**APPROVAL AS TO FORM:**

Dated:  October 5, 2009.          KIMBLE, MacMICHAEL & UPTON
                                  A Professional Corporation

                                  By:   */s/ Michael J. Jurkovich*
                                        MICHAEL J. JURKOVICH
                                        Attorneys for Plaintiff and Counter
                                        Defendant GLOBAL AMPERSAND LLC

Dated:  October 5, 2009.          LAW FIRM OF MICHAEL A. PETERS, APC

                                  By:  */s/ Michael A. Peters*
                                        MICHAEL A. PETERS
                                        Attorneys for Defendant and
                                        Counter Claimant
                                        CROWN ENGINEERING AND
                                        CONSTRUCTION, INC.

### **ORDER**

1.  The parties are ORDERED to either file a Notice of Settlement with the Court by close of business on October 7, 2009, or this matter shall proceed to trial, as scheduled, on October 14, 2009.

Dated: October 5, 2009.           */s/ OLIVER W. WANGER*
                                  Oliver W. Wanger
                                  Judge of the United States District Court

11376.01-00096265.000-[proposed] order after status conference 10-05-09

2

**Order After Status Conference**

PDF created with pdfFactory trial version www.pdffactory.com