MICHAEL J. JURKOVICH #148895
AMANDA G. HEBESHA # 234214
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, CA  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7788
Facsimile:   (757) 687-1551)

Attorneys for Plaintiff and Counter Defendant
GLOBAL AMPERSAND, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

* * *

| | |
|---|---|
| GLOBAL AMPERSAND, LLC, | Case No.: 1:07-CV-01692-OWW-GSA |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT AND ORDER THEREON** |
| vs. | |
| CROWN ENGINEERING AND CONSTRUCTION, INC., | **Trial Date:  October 14, 2009** |
| Defendant. | **Courtroom: 3** |
| | **Judge:  Oliver W. Wanger** |
| AND RELATED CROSS-CLAIM. | |

1

**Joint Notice of Settlement and Order Thereon**

PDF created with pdfFactory trial version www.pdffactory.com

1  Pursuant to Local Rule 16-160, Plaintiff and Counterclaim Defendant Global Ampersand,
2  LLC ("Global"), and Defendant and Counterclaimant Crown Engineering and Construction, Inc.
3  ("Crown") hereby jointly notify this court that the above action has settled.
4  Pursuant to the Settlement Agreement between the parties;
5  - Crown will be dismissing its Counter Claim forthwith;
6  - On the occurrence of certain conditions which should happen within the
7  next fourteen (14) days, Global will dismiss its Claim.
8  Accordingly, the parties request the court issue an order as follows:
9  1. That the trial date of October 14, 2009, be vacated;
10 2. That a Settled Case Status Conference be scheduled for mid November, 2009,
11 which conference will come off calendar if this case is dismissed in its entirety by
12 then.
13 3. That the court retain jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO STIPULATED:**

Dated: October 7, 2009.          KIMBLE, MacMICHAEL & UPTON
                                 A Professional Corporation

                                 By: */s/ Michael J. Jurkovich*
                                     MICHAEL J. JURKOVICH
                                     Attorneys for Plaintiff and Counter
                                     Defendant GLOBAL AMPERSAND LLC

Dated: October 7, 2009.          LAW FIRM OF MICHAEL A. PETERS, APC

                                 By: */s/ Michael A. Peters*
                                     MICHAEL A. PETERS
                                     Attorneys for Defendant and
                                     Counter Claimant
                                     CROWN ENGINEERING AND
                                     CONSTRUCTION, INC.

///

/// *[Order continued...]*

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

1. That the trial date of October 14, 2009, is vacated;

2. That a Settled Case Status Conference is hereby scheduled for November 12, 2009, at 8:15AM before Judge Wanger, which conference will come off calendar if this case is dismissed in its entirety by then.

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: October 7, 2009.

/s/ OLIVER W. WANGER
Oliver W. Wanger
Judge of the United States District Court

11376.01-00096665.000-joint notice of settlement  10-6-09