LAW FIRM OF MICHAEL A. PETERS, APC
31371 Rancho Viejo Road. Suite 202
San Juan Capistrano, CA 92675-1849
Telephone: (949) 218-1040
Facsimile: (949) 218-1041

BY:   MICHAEL A. PETERS, Bar No. 202784

Attorneys for Defendant and Counterclaimant
CROWN ENGINEERING AND CONSTRUCTION, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

### (Fresno Division)

| | |
|---|---|
| GLOBAL AMPERSAND, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>CROWN ENGINEERING AND CONSTRUCTION INC.<br><br>     Defendant.<br><br>AND RELATED CROSS-CLAIM | Case No.: 1:07 CV-01692-OWW-DLB<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Trial Date:   October 14, 2009<br>Courtroom:   3<br>Judge:        Oliver W. Wanger |

IT IS HEREBY STIPULATED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), by and between Defendant and Counterclaimant Crown Engineering & Construction, Inc. ("Crown"), Plaintiff and Counterclaim Defendant Global Ampersand, LLC ("Global"), and Counterclaim Defendant D. E. Shaw Synoptic Acquisition 3, LLC ("DESCO"), that all claims by Crown in its counterclaim are hereby dismissed with prejudice and, further, that all parties shall bear their own costs and fees.

Dated: October 7, 2009                           LAW FIRM OF MICHAEL A. PETERS, APC


By: **/s/ Michael A. Peters**

MICHAEL A. PETERS
Attorneys for Defendant and Counterclaimant
CROWN ENGINEERING & CONSTRUCTION, INC.


Dated: October 7, 2009                           KIMBLE, MacMICHAEL & UPTON


By: **/s/ MICHAEL J. JURKOVICH**

MICHAEL J. JURKOVICH
Attorneys for Plaintiff and Counter Defendant
GLOBAL AMPERSAND, LLC and Third Party Defendant D. E. SHAW SYNOPTIC PORTFOLIOS 3, LLC

***

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

**Dated:   October 7, 2009**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE