**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL AMPERSAND, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CROWN ENGINEERING AND<br>CONSTRUCTION, INC.,<br><br>　　　　　Defendant. | 1:07-cv-1692 OWW DLB<br><br>SUPPLEMENTAL SCHEDULING<br>CONFERENCE ORDER<br><br>Further Status Conference:<br>12/9/09 8:15 Ctrm. 3 |

**I.　Date of Scheduling Conference.**

　　**November 12, 2009.**

**II.　Appearances Of Counsel.**

　　**Kimble, MacMichael & Upton by Michael J. Jurkovich, Esq., appeared on behalf of Plaintiff.**

　　**Law Firm of Michael A. Peters APC by Michael A. Peters, Esq., appeared on behalf of Defendant and Counter-Claimant.**

**III.　Status of Case.**

　　**1.　The parties report that they are in the process of filing releases and other documents to effectuate terms and conditions of the settlement in various counties throughout the State of California.**

1

2.   It will require an additional thirty (30) days to complete all documentation to effectuate the settlement.

3.   The parties shall submit, on or before December 9, 2009, a confirmation that all steps required to be performed, to conclude the settlement, have been taken and the dismissal of the case shall be filed.  In the event the case has not been settled, the parties shall appear at 8:15 a.m. in December 9, 2009, for a Further Status Conference and determination of whether this case will not settle.

IT IS SO ORDERED.

Dated:   November 12, 2009              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE