MICHAEL J. JURKOVICH #148895
AMANDA G. HEBESHA # 234214
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, CA  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

John C. Lynch, Esq. (VSB No. 39267) (admitted pro hac vice)
Jeffrey H. Gray (VSB  No. 22304) (admitted pro hac vice)
Ethan G. Ostroff (VSB  No. 71610) (admitted pro hac vice)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7788
Facsimile:  (757) 687-1551)

Attorneys for Plaintiff and Counter Defendant
GLOBAL AMPERSAND, LLC and
D.E. SHAW SYNOPTIC ACQUISITION 3, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

\* \* \*

| | |
|---|---|
| GLOBAL AMPERSAND, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>CROWN ENGINEERING AND CONSTRUCTION, INC.,<br><br>            Defendant. | Case No.:  1:07-CV-01692-OWW-GSA<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT PURSUANT TO Fed.R.Civ.P. 41;**<br>**AND ORDER THEREON**<br><br>**Judge:  Oliver W. Wanger** |
| AND RELATED CROSS-CLAIM. | |

1
**Stipulation for Dismissal of Complaint Pursuant to Fed.R.Civ.P. 41; and Order Thereon**

PDF created with pdfFactory trial version www.pdffactory.com

**WHEREAS,** Plaintiff GLOBAL AMPERSAND, LLC ("GLOBAL"), Defendant and Counterclaimant CROWN ENGINEERING & CONSTRUCTION, INC. ("CROWN"), and Counterclaim Defendant D.E. SHAW SYNOPTIC ACQUISITION 3, LLC ("DESCO") have resolved all issues arising from the Complaint in the above-captioned matter; and

**WHEREAS** GLOBAL, CROWN and DESCO wish to dismiss the Complaint between them with each party bearing their own costs and attorneys' fees.

**IT IS HEREBY STIPULATED AND AGREED** by and between GLOBAL, CROWN and DESCO, through their respective counsel, that:

1. The Complaint in the above-captioned matter shall be dismissed with prejudice in its entirety;

2. That the Court retain jurisdiction to enforce the terms of the written settlement agreement executed by the parties; and

3. Each party is to bear its own fees and costs.

Dated: November 20, 2009.  KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By: */s/ Michael J. Jurkovich*
MICHAEL J. JURKOVICH
Attorneys for Plaintiff and Counter Defendant
GLOBAL AMPERSAND LLC and
D.E. SHAW SYNOPTIC ACQUISITION 3, LLC

Dated: November 20, 2009  LAW FIRM OF MICHAEL A. PETERS, APC

By: */s/ Michael A. Peters*
MICHAEL A. PETERS
Attorneys for Defendant and
Counter Claimant
CROWN ENGINEERING AND
CONSTRUCTION, INC.

### ORDER

**IT IS SO ORDERED.**

Dated: November 20, 2009.  /s/ OLIVER W. WANGER
OLIVER W. WANGER
Judge of the United States District Court

11376.01-00103642.000

2

**Stipulation for Dismissal of Complaint Pursuant to Fed.R.Civ.P. 41; and Order Thereon**

PDF created with pdfFactory trial version www.pdffactory.com